UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK PRICE,

    Plaintiff,

v.                              No. 2:20-cv-01099 WPJ/KRS

FRANCIS WHITTEN,
THADDEUS ALLEN, and
THE CITY OF LAS CRUCES d/b/a
THE LAS CRUCES POLICE DEPARTMENT

    Defendants.

### ORDER ALLOWING WITHDRAWAL OF COUNSEL

**THIS MATTER**, having come before the Court on Attorney Mark D. Standridge's *Motion to Withdraw as Co-Counsel for Defendants* in the above-captioned matter, no parties objecting to Mr. Standridge's withdrawal, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Mark D. Standridge is permitted to withdraw as co-counsel for the Defendants in this matter.

**IT IS SO ORDERED.**

_____
The Hon. Kevin R. Sweazea
United States Magistrate Judge

Respectfully submitted,

 /s/ Mark D. Standridge
Mark D. Standridge
Jarmie & Rogers, P.C.
2540 El Paseo Road, Suite D
Las Cruces, N.M. 88001
(575) 288-1453
mstandridge@jarmielaw.com
Attorneys for Defendants

*Approved:*

Approved via e-mail on January 12, 2022:
Mollie C. McGraw
Attorney at Law
165 West Lucero Ave.
Las Cruces, NM 88005
PH: (575) 523-4321
FX: (575) 680-1200
EM: Mollie@lawfirmnm.com
Attorneys for Plaintiff