IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK PRICE,

    Plaintiff,

v.                                      No. 2:20-cv-01099-DHU-KRS

FRANCIS WHITTEN,
THADDEUS ALLEN, and
THE CITY OF LAS CRUCES d/b/a
THE LAS CRUCES POLICE DEPARTMENT

    Defendants.

## ORDER GRANTING STIPULATED MOTION
## TO AMEND THE SCHEDULING ORDER

**THIS MATTER** comes before the Court on the parties' Stipulated Motion to Amend the Scheduling Order by extending deadlines by 90 days. The Court, being fully advised, finds that the motion is well taken and should be GRANTED as set forth below:

1. Plaintiff to join additional parties and to amend the pleadings by:     *June 2, 2022*

2. Defendants to join additional parties and to amend the pleadings by:     *July 4, 2022*

3. Deadline for Plaintiff's expert reports:     *July 14, 2022*

4. Deadline for Defendant's expert reports:     *August 15, 2022*

5. Termination of discovery:     *October 27, 2022*

6. Motions relating to discovery:     *November 10, 2022*

7. All other motions:     *November 28, 2022*

1

8.  Final Pretrial Order:   Plaintiff to Defendants by:   *December 29, 2022*

   Defendants to the Court by:  *January 12, 2023*

All matters or deadlines set forth in the Scheduling Order not addressed above shall remain unchanged.

   IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Amanda S. Carmody*
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com
*Attorneys for Plaintiff*

Approved on April 14, 2022
by:

*/s/ Cody R. Rodgers*
Cody R. Rogers
Jarmie & Rogers, P.C.
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@jarmielaw.com