IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK PRICE,**

    **Plaintiff,**

v.                                                                               No. 2:20-cv-01099-DHU-KRS

**FRANCIS WHITTEN,**
**THADDEUS ALLEN, and**
**THE CITY OF LAS CRUCES d/b/a**
**THE LAS CRUCES POLICE DEPARTMENT**

    **Defendants.**

## ORDER GRANTING IN PART STIPULATED MOTION
## TO AMEND THE SCHEDULING ORDER

**THIS MATTER** comes before the Court on the parties' Stipulated Motion to Amend the Scheduling Order, (Doc. 49), filed July 8, 2022. The parties request an approximately 90-day extension of their scheduling order deadlines, stating they "need additional time for discovery, including expert reports and depositions." (Doc. 49) at 1. The Court has considered the motion and record of the case, and has consulted with the presiding judge. Due to the May 1, 2023 trial setting, the Court will extend the parties' deadlines by thirty (30) days. No further extensions will be granted absent a showing of exceptional cause.

**IT IS THEREFORE ORDERED** that the parties' Stipulated Motion to Amend the Scheduling Order, (Doc. 49), is GRANTED IN PART as follows:

1. Deadline for Plaintiff's expert reports:      *August 13, 2022*
2. Deadline for Defendant's expert reports:      *September 14, 2022*
3. Termination of discovery:      *November 28, 2022*
4. Motions relating to discovery:      *December 12, 2022*
5. All other motions:      *December 28, 2022*

6.  Final Pretrial Order:   Plaintiff to Defendants by:   *January 28, 2023*

    Defendants to the Court by:   *February 13, 2023*

All matters or deadlines set forth in the Scheduling Order not addressed above shall remain unchanged.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Amanda S. Carmody*
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com
*Attorneys for Plaintiff*

Approved on July 8, 2022
by:

*/s/ Cody R. Rodgers*
Cody R. Rogers
Jarmie & Rogers, P.C.
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@jarmielaw.com