IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK PRICE,

    Plaintiff,

v.                                                                No. 2:20-cv-01099 DHU/KRS

FRANCIS WHITTEN,
THADDEUS ALLEN, and
THE CITY OF LAS CRUCES d/b/a
THE LAS CRUCES POLICE DEPARTMENT

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO EXTEND
## EXPERT DISCLOSURE DEADLINES

**THIS MATTER** comes before the Court on the parties' Stipulated Motion to Reconsider Mutual Request to Amend the Scheduling Order as to Expert Disclosure Deadlines Only, (Doc. 53), filed August 2, 2022. The parties previously moved to extend their pretrial deadlines by approximately 90-days. (Doc. 49). Due to the May 1, 2023 trial setting, and upon consultation with the presiding judge, the Court granted the motion in part and extended the parties' deadlines by 30 days. (Doc. 50). The parties now move for an extension of their expert report deadlines, explaining that their experts need the deposition transcripts for Plaintiff and the named Defendants, who are scheduled for depositions September 21-23, 2022. The parties state this extension will not affect the discovery deadline or any other deadline currently set, and note they have agreed to ensure expert depositions are completed in a timely manner before the close of discovery.

    Having considered the motion and record of the case, the Court will GRANT the parties' Stipulated Motion to Reconsider Mutual Request to Amend the Scheduling Order as to Expert

1

Disclosure Deadlines Only, (Doc. 53), and extend the parties' expert disclosure deadlines as follows:

1. Deadline for Plaintiff's expert reports:     *October 14, 2022*

2. Deadline for Defendant's expert reports:     *November 4, 2022*

All matters or deadlines set forth in the Scheduling Order not addressed above shall remain unchanged.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE