IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK PRICE,**

    **Plaintiff,**

v.   No. 2:20-cv-01099-DHU-KRS

**FRANCIS WHITTEN,**
**THADDEUS ALLEN, and**
**THE CITY OF LAS CRUCES d/b/a**
**THE LAS CRUCES POLICE DEPARTMENT**

    **Defendants.**

## ORDER EXTENDING DEADLINE
## TO FILE MOTION TO COMPEL DISCOVERY

**THIS MATTER** comes before the Court on Defendants' *Second Unopposed Motion to Extend Deadline for Filing Motion to Compel Discovery* (Doc 57), filed August 18, 2022. The Court, being fully advised, and the Parties being in full agreement, finds that the Motion is well taken and should be **GRANTED**.

**THE DEADLINE** for Defendants to file a Motion to Compel related to Plaintiff's answers, responses, and objections to Defendants' first sets of discovery requests is extended to **August 25, 2022**.

**IT IS SO ORDERED**.

_____
THE HON. KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

*Electronically submitted:*

 /s/ Cody R. Rogers
Cody R. Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@jarmielaw.com
*Attorneys for Defendants*


**Approved by:**

*Electronically approved on*

/s/ Mollie C. McGraw 08/18/22
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com
Attorneys for Plaintiff