IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK PRICE,**

    **Plaintiff,**

v.                                    No. 2:20-cv-01099-DHU-KRS

**FRANCIS WHITTEN,
THADDEUS ALLEN, and
THE CITY OF LAS CRUCES d/b/a
THE LAS CRUCES POLICE DEPARTMENT**

    **Defendants.**

## ORDER GRANTING STIPULATED MOTION
## TO AMEND THE SCHEDULING ORDER

**THIS MATTER** comes before the Court on the parties' Stipulated Motion to Amend the Scheduling Order. (Doc. 59). The parties' proposed deadlines would have interfered with the May 1, 2023 trial setting entered by the presiding judge. (Doc. 46). After conferring with the presiding judge's chambers, the presiding judge moved the trial date to July 10, 2023. (Doc. 60). Accordingly, the Court grants the parties' Stipulated Motion to Amend the Scheduling Order, (Doc. 59), and the parties' pretrial deadlines are amended as set forth below:

1. Deadline for Plaintiff's expert reports:      *November 30, 2022*

2. Deadline for Defendant's expert reports:      *December 21, 2022*

3. Termination of discovery:      *February 27, 2023*

4. Motions relating to discovery:      *March 10, 2023*

5. All other motions:      *April 3, 2023*

6. Pretrial Order:      To be set by the presiding judge.

All matters or deadlines set forth in the Scheduling Order not addressed above shall remain unchanged.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Amanda S. Carmody*
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com
*Attorneys for Plaintiff*

Approved on October 11, 2022 by:

*/s/ Cody R. Rogers*
Cody R. Rogers
Jarmie & Rogers, P.C.
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@jarmielaw.com