IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK PRICE,**

    **Plaintiff,**

v.                                           No. 2:20-cv-01099-DHU-KRS

**FRANCIS WHITTEN,**
**THADDEUS ALLEN, and**
**THE CITY OF LAS CRUCES d/b/a**
**THE LAS CRUCES POLICE DEPARTMENT**

    **Defendants.**

## ORDER GRANTING IN PART FOURTH STIPULATED MOTION
## TO AMEND THE SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' Fourth Stipulated Motion to Amend the Scheduling Order and Vacate Trial Setting. (Doc. 62). The parties ask the Court to extend their scheduling order deadlines by sixty (60) days due to delays in taking depositions. The parties also ask for the July 10, 2023 trial setting to be vacated. After conferring with the presiding judge's chambers, the presiding judge prefers to leave the trial setting at this time and may reset it at a later date if necessary. Accordingly, the Court grants the parties' Fourth Stipulated Motion to Amend the Scheduling Order in part, and the parties' pretrial deadlines are amended as set forth below:

1. Deadline for Plaintiff's expert reports:      *February 1, 2023*

2. Deadline for Defendant's expert reports:      *February 21, 2023*

3. Termination of discovery:      *April 28, 2023*

4. Motions relating to discovery:      *May 9, 2023*

5. All other motions:      *May 25, 2023*

6. Pretrial Order:      To be set by the presiding judge.

All matters or deadlines set forth in the Scheduling Order not addressed above shall remain unchanged.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE