IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK PRICE,**

    Plaintiff,

**v.**                                                **2:20-CV-01099-DHU-KRS**

**FRANCIS WHITTEN,**
**THADDEUS ALLEN and**
**THE CITY OF LAS CRUCES d/b/a**
**THE CITY OF LAS CRUCES POLICE DEPARTMENT,**

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
THE HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE